# United States District Court

FOR THE _____ DISTRICT OF __MASSACHUSETTS__

Cassandra Cato-Louis

V.

National Railroad Passenger Corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 10571 JLT

TO: (Name and address of defendant)

National Railroad Passenger Corporation
253 Summer Street
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS J. JOYCE, III
HANNON & JOYCE
The Public Ledger Building - Ste. 1000
150 S. Independence Mall West
Philadelphia, PA 19106-3323
(215) 446-4460
Attorney for Plaintiff

MICHAEL J. MCDEVITT
LAWSON & WEITZEN LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
(617) 439-4990
Local Counsel for Plaintiff

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK



MAR 23 2004
DATE

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): United States Mail – Certified – Returned Receipt Attached

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                      Signature of Server

                                                            _____
                                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.