UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASSANDRA M. CATO-LOUIS,<br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>　　　　Defendant. | CIVIL ACTION NO.:  04-10571-JLT |

## NOTICE OF APPEARANCE

Now comes Lori A. Wirkus, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter her general appearance on behalf of the defendant, National Railroad Passenger Corporation, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Lori A. Wirkus_____
　　　　　　　　　　　　　　　　　　　Lori A. Wirkus, BBO #635525
　　　　　　　　　　　　　　　　　　　FLYNN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　400 Crown Colony Drive
　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　Quincy, MA 02169
　　　　　　　　　　　　　　　　　　　(617) 773-5500
　　　　　　　　　　　　　　　　　　　(617) 773-5510 (facsimile)

DATE: June 30, 2005
G:\F & A\CASE FILES\AMTRAK\occupational\Cato-Louis\Pleadings\LAW Notice of Appearance.6.30.05.doc