UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASSANDRA M. CATO-LOUIS,<br>       Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>       Defendant. | CIVIL ACTION NO.: 04-10571-JLT |

## NOTICE OF APPEARANCE

Now comes Michael B. Flynn, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter his general appearance on behalf of the defendant, National Railroad Passenger Corporation, in the above-captioned matter.

Respectfully submitted,

/s/ Michael B. Flynn
Michael B. Flynn, BBO #559023
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 773-5500
(617) 773-5510 (facsimile)

DATE: June 30, 2005
G:\F & A\CASE FILES\AMTRAK\occupational\Cato-Louis\Pleadings\MBF Notice of Appearance.6.30.05.doc