UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10571JLT

CASSANDRA M. CATO-LOUIS,
    Plaintiff,

v.

NATIONAL RAILROAD
PASSENGER CORPORATION,
    Defendant,

NOTICE OF WITHDRAWAL

Please enter my withdrawal as counsel for the Defendant, National Railroad Passenger Corporation.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

*Edward P. Harrington* (signature)

Edward P. Harrington
Assistant General Counsel
Transportation Building
Ten Park Plaza
Boston, MA 02116
(617) 222-3192
BBO #559482

Dated: June 21, 2005