UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASSANDRA M. CATO-LOUIS,<br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>Defendant. | CIVIL ACTION NO.: 04-10571-JLT |

<u>THE DEFENDANT, NATIONAL RAILROAD PASSENGER CORPORATION
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)</u>

The defendant, National Railroad Passenger Corporation ("AMTRAK"), in the above entitled matter hereby certifies that it and its counsel, Flynn & Associates, P.C., have conferred to establish a budget for the full litigation of this matter, as well as a budget for various alternatives.

Further, the defendant and Flynn & Associates, P.C. have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, as more fully described in L.R. 16.4 and need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

Respectfully submitted,

_____
Rosa T. Richmond
Claims Representative
National Railroad Passenger Service

_____
Michael B. Flynn, BBO #559023
Lori A. Wirkus, BBO #635525
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
(617) 773-5500
(617) 773-5510 (facsimile)

DATE: November 29, 2005

G:\F & A\CASE FILES\AMTRAK\occupational\Cato-Louis\Pleadings\Rule 16 Certificate.doc