UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CASSANDRA M. CATO-LEWIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10571-JLT |
| | * | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

December 6, 2005

TAURO, J.

After a Conference held on December 6, 2005, this court hereby orders that:

1. Plaintiff must comply with the Rule 26 Discovery Order by December 20, 2005;

2. No other discovery will be permitted without leave of this court; and

3. A Further Conference will be held on January 4, 2006.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge