

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460  -  (888) 222-FELA (US)  -  (215) 446-4479 (FAX)

THOMAS J. JOYCE, III, PARTNER
tjoyceIII@hannonandjoyce.com

December 19, 2005

Lori A. Wirkus, Esquire
FLYNN & ASSOCIATES
400 Crown Colony Dr, Suite 200
Quincy, MA 02169

RE:  Cassandra Cato-Louis v. Consolidated Rail corporation, et al.
     U.S.D.C. (Boston) C.A. Docket No. 04-10571-JLT

Dear Ms. Wirkus:

　　Pursuant to the Court's Order dated December 6, 2005, enclosed please find the following:

　　- The Plaintiff, Cassandra Cato-Louis', Automatic Disclosure Pursuant to Fed. R. Civ. P. 26(A)(1) & L.R. 26.2a;

　　- The Plaintiff, Cassandra Cato-Louis', Sworn Statement In Accordance With L.R. 26.1(B)(1); and

　　- The Plaintiff, Cassandra Cato-Louis', List of Proposed Deponents Pursuant to Court's Discovery Order.

　　If you have any questions or need additional information, please do not hesitate to contact me. Thank you.

Very truly yours,

THOMAS J. JOYCE, III

TJJ:ada
Encs.

cc:  Michael McDevitt, Esq.