UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASSANDRA M. CATO-LOUIS

    Plaintiff

vs..　　　　　　　　　　　　　　　　CIVIL ACTION NO: 04-10571-JLT

NATIONAL RAILROAD PASSENGER
CORPORATION

    Defendant

PLAINTIFF'S AUTOMATIC DISCLOSURE

The Plaintiff Cassandra M. Cato-Louis pursuant to Local Rule 26.2(A) submits Plaintiff's Automatic Disclosure as follows:

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with Particularity in the pleadings, identifying the subjects of the information:

1. Cassandra M. Cato-Louis, 7 River Bank Place, Boston, MA 02126
   (617) 296-7299 Plaintiff

2. Elmer A. Louis, 7 River Bank Place, Boston, MA 02126

   (617) 296-7299 Plaintiff's spouse

3. Diane J. Schweitzer, M.D., 2020 Centre Street, W. Roxbury, MA 02132
   (781) 453-3875 Plaintiff's family doctor

4. Kimberly L. O'Sullivan, M.D., 14 Denton Road, Wellesley, MA 02468
   (781) 235-1007 Plaintiff hand surgeon

5. Mark A. Woodward, M.D., P.O. Box 884, W. Front Street, Elmer, NJ

B. A copy of, or a description by category and location of, all documents, data Compilations, and tangible things in the possession, custody, or control of The party that are relevant to disputed facts alleged with particularity in the Pleadings:

1. Diane J. Schweitzer, M.D. medical records

2. Kimberly L. O'Sullivan, M.D. medical records

3. Mark A. Woodward, M.D. medical records

4. Dennis Glover Hospital medical records

5. Plaintiff's railroad medical file

6. Plaintiff's railroad personnel file

7. Amtrak medical report injury/illness

                                                              Respectfully submitted,
                                                              Plaintiff Cassandra Cato-Louis
                                                              By her attorneys,

DATED: December 19, 2005

                                                              THOMAS J. JOYCE, III
                                                              HANNON & JOYCE
                                                              Suite 1000, Public Ledger Bldg
                                                              Philadelphia, PA 19106
                                                              (215) 446-4460
                                                              (215)446-4479 (fax)

                                                              MICHAEL J. McDEVITT
                                                              BBO #564720
                                                              LAWSON & WEITZEN
                                                              88 Black Falcon Avenue
                                                              Suite 345
                                                              Boston, MA 02210-2414
                                                              (617) 439-4990
                                                              (617) 439-3987

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASSANDRA M. CATO-LOUIS

    Plaintiff

vs..                               CIVIL ACTION NO: 04-10571-JLT

NATIONAL RAILROAD PASSENGER
CORPORATION

    Defendant

PLAINTIFF'S SWORN STATEMENT IN
ACCORDANCE WITH L.R. 26.1(B)(1)

The Plaintiff Cassandra M. Cato-Louis pursuant to Local Rule 26.1(B)(1) submits Plaintiff's Sworn Statement as follows:

(a). itemize all economic loss and provide a computation of damages for which Recovery is sought. Plaintiff lost time from work from 11/22/99 to 2/29/00. Plaintiff lost wages as follows: $18.50 per hour x 8 hours = $148.00 per day $148.00 per day x 72 work days =$10656.00 past gross wage loss

Plaintiff sustained pain and suffering inconvenience and loss of enjoyment of Life

(b). identify all persons then known to claimant or claimant's attorney who witnessed Or participated in the transaction or occurrence giving rise to the claim or Otherwise known or believed to have substantial discoverable information About the claim or defenses, together with a statement of the subject and a Brief summary of that information:

1. Cassandra M. Cato-Louis, 7 River Bank Place, Boston, MA 02126
Plaintiff has information about her railroad employment , job description Duties, exposure to ergonomic risk factors, manpower, equipment and tools Symptoms, complaints, medical treatment, surgery, lost time, lost wages,

Pain and suffering, inconvenience, and loss of enjoyment of life.

2. Elmer A. Louis, 7 River Bank Place, Boston, MA 02126
   Plaintiff's spouse has information about Plaintiff's economic damages
   And non economic damages including pain and suffering, inconvenience and
   loss of enjoyment of life.

3. Diane J. Schweitzer, M.D., 2020 Centre Street, W. Roxbury, MA 02132
   Dr. Schweitzer has information about plaintiff's history, symptoms,
   complaints, physical examinations, diagnostic tests, diagnosis, medical
   treatment and surgery

4. Kimberly L. O'Sullivan, M.D., 14 Denton Road, Wellesley, MA 02468
   Dr. O'Sullivan has information about plaintiff's history, symptoms,
   complaints, physical examinations, diagnostic tests, diagnosis, medical
   Treatment, surgery, prognosis and causation.

5. Mark A. Woodward, M.D., P.O. Box 884, W. Front Street, Elmer, NJ
   8318. Dr. Woodward has information about plaintiff's history,
   symptoms, complaints, diagnostic testing and causation

(c). identify all opposing parties, and all officers, directors, and employees of Opposing parties, from whom statements have been obtained by or on behalf Of the claimant regarding the subject matter of the claim:

The Plaintiff is not in possession of any statements of the opposing party.

(d) identify all governmental agencies or officials then known to the claimant or the claimant's attorney to have investigated the transaction or occurrence giving rise to the claim:

The Plaintiff is not aware of any investigation by any governmental agency Or official concerning plaintiff's claim.

DATED: December 19, 2005

Respectfully submitted,
Plaintiff Cassandra Cato-Louis
By her attorneys,

----------------------------------
THOMAS J. JOYCE, III
HANNON & JOYCE
Suite 1000, Public Ledger Bldg
Philadelphia, PA 19106
(215) 446-4460
(215) 446-4479 (fax)

----------------------------------
MICHAEL J. McDEVITT
BBO #564720
LAWSON & WEITZEN
88 Black Falcon Avenue
Suite 345
Boston, MA 02210-2414
(617) 439-4990
(617) 439-3987

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASSANDRA M. CATO-LOUIS

    Plaintiff

vs..                                CIVIL ACTION NO: 04-10571-JLT

NATIONAL RAILROAD PASSENGER
CORPORATION

    Defendant

PLAINTIFF'S LIST OF PROPOSED DEPONENTS
PURSUANT TO COURT'S DISCOVERY ORDER

The Plaintiff Cassandra M. Cato-Louis pursuant to the Court's Discovery Order hereby submits the following list of witnesses that Plaintiff wishes to depose:

1. Kevin Lydon Amtrak Superviser, 253 Summer Street, Boston, MA 02210
2. Paul Cottam Amtrak Superviser, 253 Summer Street, Boston, MA 02210
3. R.M. Lavell Amtrak Superviser, 253 Summer Street, Boston, MA 02210
4. Al Marell Amtrak Superviser 253 Summer Street, Boston, MA 02210
5. Roger Samson Amtrak Superviser 253 Summer Street, Boston, MA 02210
6. Martin Mack Amtrak Engineer of Track and Structures, 253 Summer Street Boston, MA 02210
7. William McLean, M.D. Amtrak Former Medical Director, 60 Massaachusetts Avenue, N.E., Washington, D.C. 20002
8. Stephen Gell Amtrak Director of Occupational Claims, 60 Massachusetts Avenue, N.E., Washington, D.C. 20002

Plaintiff reserves the right to supplement this list of proposed deponents as discovery Continues.

DATED: December 19, 2005

Respectfully submitted,
Plaintiff Cassandra Cato-Louis
By her attorneys,

*[signature]*

----------
THOMAS J. JOYCE, III
HANNON & JOYCE
Suite 1000, Public Ledger Bldg
Philadelphia, PA 19106
(215) 446-4460
(215) 446-4479 (fax)

*[signature]*

----------
MICHAEL J. McDEVITT
BBO #564720
LAWSON & WEITZEN
88 Black Falcon Avenue
Suite 345
Boston, MA 02210-2414
(617) 439-4990
(617) 439-3987

## CERTIFICATE OF SERVICE

    I Thomas J. Joyce, III hereby certify that I served a copy of Plaintiff's Automatic Disclosure, Plaintiff's Sworn Statement, and Plaintiff's List of Proposed Deponents On Lori A. Wirkus, Flynn & Associates, 400 Crown Colony Drive, Suite 200, Quincy, MA 02169, via telecopier and by depositing same in the United States mail First class, this 20th day of December, 2005. Signed under the pains and penalties of perjury.

                                                    THOMAS J. JOYCE, III
                                                    HANNON & JOYCE
                                                    Suite 1000, Public Ledger Bldg
                                                    Philadelphia, PA 19106
                                                    (215) 446-4479
                                                     (215) 446-4479 (fax)
                                                    Attorney for Plaintiff