UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CASSANDRA M. CATO-LEWIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10571-JLT |
| | * | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

January 4, 2006

TAURO, J.

After a Conference held on January 4, 2006, this court hereby orders that:

1. The parties shall contact Zita Lovett by January 18, 2006 to inform her as to whether or not this case has settled.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge