

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460  ~  (888) 222-FELA (US)  ~  (215) 446-4479 (FAX)

THOMAS J. JOYCE, III, PARTNER
t.joyceiii@hannonandjoyce.com

January 9, 2006

Judge Joseph L. Tauro
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

RE:   Cassandra Cato-Louis v. Consolidated Rail Corporation, et al.
      U.S.D.C. (Boston) C.A. Docket No. 04-10571-JLT

Dear Judge Tauro:

Please allow this letter to confirm Plaintiff Cassandra Cato-Louis' above captioned FELA carpal tunnel syndrome action has been settled as to all parties. The Stipulation of Dismissal will be filed upon our receipt of the Release.

In the meantime, kindly mark your records to reflect this settlement.

If you have any questions or need additional information, please do not hesitate to contact me. Thank you for your time and consideration.

Respectfully,

THOMAS J. JOYCE, III

TJJ:ada

cc:   Lori Wirkus, Esq.
      Michael McDevitt, Esq.
      Clerk of the Court