UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CASSANDRA CATO-LOUIS,**
  Plaintiff,

            V                    CA 04-10571-JLT

**NATIONAL RAILROAD PASSENGER CORPORATION,**
  Defendant.

### SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

   The court having been advised on January 10, 2006 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>60</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                        Zita Lovett
                                           /s/
                                        _____
                                        **Deputy Clerk**

January 18, 2006